**NOT FOR PUBLICATION**

DEC 18 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-50563 |
| Plaintiff - Appellee, | D.C. No. 3:11-cr-04461-BEN |
| v. | |
| OMAR LUCAS, a.k.a. Oski, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Roger T. Benitez, District Judge, Presiding

Submitted December 17, 2013[**]

Before:    GOODWIN, WALLACE, and GRABER, Circuit Judges.

Omar Lucas appeals from the district court's judgment and challenges the

10-year term of supervised release imposed following his guilty-plea conviction

for distribution of crack cocaine, in violation of 21 U.S.C. § 841(a)(1). Pursuant to

*Anders v. California*, 386 U.S. 738 (1967), Lucas's counsel has filed a brief stating

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Lucas the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED**.

**AFFIRMED**.